In the Matter of the Application of FRANK D'AMORE for an Order Directing JOHN B. COPPOLA, an Attorney, to Pay Over Certain Sums of Money.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERMAN MASONIC TEMPLE ASSOCIATION OF THE CITY OF NEW YORK v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

LUCIAN M. BALEE v. HIDALGO COUNTY WATER IMPROVEMENT DISTRICT No. 4 OF HIDALGO COUNTY, TEXAS.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and O'Malley, JJ.

WILLIAM F. CRIST, an Infant, etc., v. THE ART METAL WORKS. (Action No. 1.) — Motion granted; question certified. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH WALLACE CRIST v. THE ART METAL WORKS. (Action No. 2.) — Motion granted; question certified. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

PHILIP MANSON v. NEW YORK LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MAUDE A. RITCHIE, as Executrix, etc., of JOHN W. RITCHIE, Deceased, v. CHARLES FRENKEL and Another.— Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

PETER H. CORR v. GEORGE F. HOFFMAN and Another.— Motion for leave to appeal denied, with ten dollars costs; motion for stay granted. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

EDWIN H. UPDIKE and Others v. OAKLAND MOTOR CAR COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 347 WEST 36TH STREET CORPORATION v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

HENRY SANDERSON v. JAY COOKE and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

ALBION TRADING COMPANY, INC., and J. SYLVESTER BRETZ v. THE LONDON ASSURANCE CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

ANNA FROMBERG v. BEST & Co., INC.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of FANNY B. LELAND and Another, re CRESTON APARTMENTS CORPORATION.— Motion for leave to appeal granted and motion for reargument denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

CHARLES NAGLE v. JOSEPH M. RUBIN.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.